# SUPREME COURT OF PENNSYLVANIA

134 A.3d 53–58

| | | | |
|---|---|---|---|
| American Exploration Co. v. Harim | 03/16/2016453 WAL (2015) | Denied | Pa.Super., 134 A.3d 105 |
| Com. v. A.D.H. [1] | 03/08/2016921 MAL (2015) | Denied | Pa.Super., 131 A.3d 100 |
| Com. v. Abdullah-Talib | 03/16/2016758 MAL (2015) | Denied | Pa.Super., 133 A.3d 64 |
| Com. v. Adams | 03/17/2016404 WAL (2015) | Denied | Pa.Super., 133 A.3d 64 |
| Com. v. Adewumi | 03/22/2016842 MAL (2015) | Denied | Pa.Super., 131 A.3d 86 |
| Com. v. Alloway [2] | 03/15/2016776 MAL (2015) | Denied | Pa.Super., 134 A.3d 92 |
| Com. v. Baker | 03/22/2016665 EAL (2015) | Denied | Pa.Super., 134 A.3d 490 |
| Com. v. Banks [3] | 03/15/2016364 WAL (2015) | Denied | Pa.Super., 122 A.3d 1121 |

1. Justice EAKIN did not participate in the decision of this matter; Justice WECHT did not participate in the consideration or decision of this matter.
2. Justice EAKIN and DONOHUE did not participate in the consideration or decision of this matter.
3. Justice EAKIN did not participate in the consideration or decision of this matter.